JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ROBERT POPE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | No. ED CV 21-1935-DOC (PLA)<br><br>**JUDGMENT** |

　　Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

　　IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: __November 4, 2022__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE